**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Donna Louise Streier

Debtor(s)

Case No: 13–32715 – KAC

Chapter 7 Case

**NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION**

The debtor(s) has not filed a Certificate of Debtor Education from the course provider required by Interim Bankruptcy Rule 1007(c).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the Certificate on or before 9/17/13.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
200 Warren E Burger Federal Building and
US Courthouse
316 N Robert St
St Paul, MN 55101

Dated: 9/3/13

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: qclinda
Deputy Clerk

**mnbn7fmz** 3/2011 LM